Victoria Manning
Case No.: 1:21CR00048-16



## UNITED STATES DISTRICT COURT

Western District of Texas

U.S. Pretrial Services Office

July 22, 2022

**Carlos Urrutia**
Chief U.S. Pretrial Services Officer

**Antonio Acosta**
Deputy Chief

**Ivonne Castanon**
Assistant Deputy Chief

<u>Austin Supervisor</u>

**Amanda R. Ceballos**

Reply to:
501 W. 5th Street, Suite 3200
Austin, TX 78701
512-916-5297

Susan Hightower
United States Magistrate Judge
United States Courthouse
501 W. 5th Street
Austin, Texas 78701

Re:    Victoria Manning
       CASE NO.: 1:21CR00048-16
       **<u>BOND VIOLATION – NO ACTION REQUESTED</u>**

Honorable Magistrate Judge:

On July 19, 2022, the defendant reported to the pretrial services office. During the visit, officer attempted to collect a urinalysis, and observed a device in the defendant's vaginal area. Officer discontinued the urinalysis collection and asked the defendant to remove the device, to which she complied.

A few hours later, officer collected a urinalysis, and the results were presumptively positive for amphetamines. The defendant admitted to using methamphetamine while alone on Sunday, July 19, 2022. Specimen has been sent for confirmation testing, and the results are pending.

One of the defendant's conditions of release is to submit to substance abuse treatment which may include evaluation, testing, education, in-patient treatment, or out-patient treatment and/or participation in support groups as directed by Pretrial Services.

The defendant currently submits one random drug test monthly.

Victoria Manning
Case No.: 1:21CR00048-16

This officer respectfully recommends that the defendant attend intensive outpatient individual substance abuse treatment sessions weekly and random drug testing be increased. Additionally, the defendant was admonished and directed to refrain from use of illicit substance use and report for all treatment appointments and urinalysis testing.

Assistance United States Attorney, Dan Guess has been apprised of this matter and concurs with the recommendation of Pretrial Services.

Respectfully,

*Kyona Stubbs*
Kyona Stubbs
U.S. Pretrial Services Officer
512-391-8779

*Amanda R. Ceballos*
Amanda R. Ceballos
Supervising U.S. Pretrial Services Officer
210-818-7861

Cc:     U.S. Attorney          Defense Counsel

The Court does concur  ✓             The Court does not concur _____

_____
U.S. Magistrate Judge Susan Hightower

 July 22, 2022
Date